**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KATRINA NOEL KELLEY** **PLAINTIFF**

**v.** **CASE NO. 4:25-CV-00923-BSM**

**LOGAN KIMBROUGH, et al.** **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 27th day of July, 2026.

UNITED STATES DISTRICT JUDGE